BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO MUNOZ, JR.,

    Defendant.

CASE NO. 1:14 CR 00270 AWI BAM

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 18, 2014, charging the above defendant with a violation of 18 U.S.C. 922(g)(1)-Felon in Possession of a Firearm and Ammunition and a Criminal Forfeiture allegation be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto,

except when necessary for the issuance and execution of the warrant.

DATED: December 18, 2014          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                            By    /s/ Melanie L. Alsworth
                                  MELANIE L. ALSWORTH
                                  Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   December 18, 2014        /s/ Sheila K. Oberto
                                  U.S. Magistrate Judge

Motion to Seal Indictment                    2