HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JULIO MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00270 AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO VACATE STATUS CONFERENCE HEARING AND SET FOR |
| vs. | ) ) | CHANGE OF PLEA HEARING; ORDER |
| JULIO MUNOZ, | ) ) | DATE: October 5, 2015 |
| *Defendant.* | ) ) ) | TIME: 10:00 a.m. JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, MELANIE L. ALSWORTH, counsel for plaintiff, Assistant Federal Defender, JANET BATEMAN, counsel for defendant JULIO MUNOZ, that the hearing currently set for October 13, 2015 with Magistrate Judge Barbara A. McAuliffe, **may be vacated and the matter reset for a change of plea hearing October 5, 2015 at 10:00 a.m. before District Judge Anthony W. Ishii.**

The parties have reached an agreement. The defense has submitted a signed plea agreement, which the Assistant United States Attorney will file shortly.

The parties agree that the time until the change of plea hearing shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER

United States Attorney

Dated:  September 17, 2015        /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  September 17, 2015        /s/ JANET BATEMAN
JANET BATEMAN
Assistant Federal Defender
Attorney for Defendant
JULIO MUNOZ

# O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause as to Julio Munoz that the 4th Status Conference hearing on October 13, 2015 before Judge McAuliffe is VACATED.   A **Change of Plea hearing is set before Judge Ishii for October 5, 2015 at 10:00 AM in Courtroom 2**. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv), excludable time was waived on August 10, 2015 hearing through October 13, 2015.

IT IS SO ORDERED.

Dated:   **September 17, 2015**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE