HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00270 AWI-BAM |
| Plaintiff, | **APPOINTMENT ORDER** |
| vs. | |
| JULIO MUNOZ, JR., | |
| Defendant. | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, JULIO MUNOZ, JR., to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States,* 135 S. Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

Krista Hart
Law Office of Krista Hart
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
Email: kristahartesq@gmail.com

be appointed counsel for Mr. Munoz for Johnson matters, further proceedings in district court,

and any resulting appeal.

Dated: May 26, 2016                              Respectfully submitted,

                                                             HEATHER E. WILLIAMS
                                                             Federal Defender

                                                             /s/ Charles J. Lee
                                                             CHARLES J. LEE
                                                             Assistant Federal Defender
                                                             Branch Chief, Fresno Office

      I accept the appointment and ask the order to be granted.

Dated: May 26, 2016                              /s/ Krista Hart
                                                             KRISTA HART
                                                             Attorney At Law

**O R D E R**

IT IS SO ORDERED.

Dated:  May 27, 2016                         _____
                                                     SENIOR DISTRICT JUDGE

HEATHER E. WILLIAMS, Bar #122664

Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00270 AWI-BAM |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| JULIO MUNOZ, JR., | ) | |
| Defendant. | ) | |

I, Charles J. Lee, the undersigned, hereby certify that I am over the age of eighteen years and that on May 26, 2016 I served a copy of the attached [Proposed] Appointment Order by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows

Julio Munoz, Jr.
Fed. Reg. No. 72182-097
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 936113

I declare under penalty of perjury that the foregoing is true and correct

Dated: May 26, 2016

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office